**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION FUND; and ARTHUR H. BUNTE, Jr., as Trustee, )<br><br>          *Plaintiffs*, )<br>  v. )<br><br>W.P.M., INC., a Michigan corporation; and WPM-SOUTHERN, LLC, a Michigan corporation, )<br><br>          *Defendants.* ) | Case No. 12 C 5964<br><br>Honorable Edmund E. Chang District Judge |

**PLAINTIFFS' MOTION FOR
ENTRY OF CONSENT JUDGMENT**

Plaintiffs, Central States, Southeast and Southwest Areas Pension Fund and Arthur H. Bunte, Jr., as Trustee, by and through their undersigned counsel, and hereby move the Court to enter a consent judgment in favor of Plaintiffs and against Defendants, W.P.M., Inc., a Michigan corporation, and WPM-Southern, LLC, a Michigan corporation. In support thereof, Plaintiffs state as follows:

1. Plaintiffs filed this action to collect delinquent contributions and withdrawal liability along with statutory damages from Defendants under the Employee Retirement Income Security Act of 1974 ("ERISA"), *as amended* by the Multiemployer Pension Plan Amendments Act of 1980, 29 U.S.C. § 1001, *et seq*.

2. Plaintiffs and Defendants have agreed to the entry of a Consent Judgment against Defendants and in favor of Plaintiffs.

3. In light of the foregoing, Plaintiffs request that this Court enter a consent judgment.

4.   Prior to the filing of this motion, Plaintiffs' counsel contacted Defendants' counsel and Defendants' counsel stated that agreed to the granting of this motion.

5.   A copy of the proposed Consent Judgment is attached hereto as Exhibit A for the Court's review, and this document will also be submitted electronically to the Court's e-mail address for proposed orders.

**WHEREFORE**, Plaintiffs respectfully request that the Court enter the Consent Judgment attached hereto as Exhibit A.

Respectfully submitted,

/s/Anthony E. Napoli
Anthony E. Napoli
Attorney for Central States, Southeast and Southwest Areas Pension Fund
9377 W. Higgins Road, 10th Floor
Rosemont, Illinois 60018-4938
(847) 518-9800, Ext. 3702
ARDC # 06210910
tnapoli@centralstatesfunds.org

February 7, 2013